IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>    v.<br><br>IGNACIO MIGUEL TIRADO-CASTILLO,<br><br>                           Defendant. | **8:25CR61**<br><br>**ORDER** |

       This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 27). Counsel needs additional time to resolve the matter short of trial and find a mutually acceptable resolution involving FRCrP 20 with the Northern District of Alabama in a related indictment at 2:25CR304. For good cause shown,

       IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 27) is granted as follows:

1.     The jury trial now set for January 5, 2026, is continued to **March 17, 2026.**

2.     In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 17, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 9th day of December 2025.

                                                                    BY THE COURT:

                                                                      Robert F. Rossiter, Jr.
                                                                      Chief United States District Judge