IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:25CR61** |
| v. | | **ORDER** |
| IGNACIO MIGUEL TIRADO-CASTILLO, | | |
| Defendant. | | |

On March 19, 2025, defendant Ignacio Miguel Tirado-Castillo ("Tirado-Castillo"), was arrested in the District of Arizona pursuant to a federal arrest warrant issued out of the District of Nebraska (Filing No. 5). His Initial Appearance in the District of Arizona was held on March 20, 2025, and a detention hearing was held on April 3, 2025. The motion for detention was overruled, and Tirado-Castillo was released on conditions with instructions to report to the District of Nebraska. Tirado-Castillo was arraigned in the District of Nebraska on April 21, 2025, and allowed to continue on conditions of release (Filing No. 13).

In August 2025, Tirado-Castillo was again arrested in the District of Arizona following the issuance of an Indictment on a separate warrant out of the Northern District of Alabama. Defendant was detained and transported to the Northern District of Alabama, where he is currently in custody.

Tirado-Castillo's case in the District of Nebraska is ready to be resolved pursuant to a plea. That plea hearing has been set for July 14, 2026. Because Tirado-Castillo remains in the Northern District of Alabama, this matter has been continued on a number of occasions since at least August 2025 (Filing No. 24). At this time, that status of Tirado-Castillo's case in the Northern District of Alabama is unclear. Suffice it to say Tirado-

1

Castillo is in custody in Alabama, due to a previous court order, so he has not been transferred to the District of Nebraska.

The United States Marshal Service apparently requires an order from the Court to begin the process of transporting Tirado-Castillo to Omaha, Nebraska, for the plea hearing. The United States Marshal Service will transport Tirado-Castillo to Omaha, Nebraska, prior to the plea hearing set for July 14, 2026.

IT IS SO ORDERED.

Dated this 15th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2